# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RAVON JETER, SR.,

        Plaintiff

    v.                                  C-1-13-244

FAISAL V. AHMED,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 18) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 18) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Defendants' Motion to Dismiss for Failure to State a Claim

2

(doc. no. 8) is GRANTED.  All claims against defendants Clagg and Parks are DISMISSED WITH PREJUDICE. In accordance with the Order filed herewith, discovery shall proceed on plaintiff's claims against the remaining four defendants.

This case is RECOMMITTED to the United States Magistrate for further proceedings according to law.

IT IS SO ORDERED.

                                        s/Herman J. Weber
                                  Herman J. Weber, Senior Judge
                                    United States District Court